AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| Nicholas J. Tierney ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 6:22cv00061 |
| Qing Liu, MD, et. al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tammy Stanley, LPN; Ashley Witt, LPN; Agnus Rucker, LPN; Lt. Damien Smith; Randy Sprouse; Lt. David Phelps; Officer Jorge Baldonado;  Officer  Paul Sites;  Officer Laurence Hicks; Timothy Hayes; Officer Wasmer; Nathan Mountjoy; Officer Kenan Hemric.

Date:     07/21/2023

/s/ John R. Fitzgerald
*Attorney's signature*

John R. Fitzgerald (VSB# 98921)
*Printed name and bar number*

415 S. College Avenue
Salem, VA  24153

*Address*

JohnF@guynnwaddell.com
*E-mail address*

(540) 387-2320
*Telephone number*

(540) 389-2350
*FAX number*